IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RIVERA, | 1:13-cv-00285-LJO-JLT (HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | (Doc. 10) |
| J. D. HARTLEY, | |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On April 18, 2013, petitioner filed an application to proceed in forma pauperis. Due to the fact that the court authorized in forma pauperis status in the present case on March 1, 2013, IT IS HEREBY ORDERED THAT petitioner's application of April 18, 2013, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **April 30, 2013**                                   **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE